Honorable O. P. Lockhart, page 17          0-5438

Very truly yours

ATTORNEY GENERAL OF TEXAS


By s/Jas. W. Bassett
Jas. W. Bassett
Assistant

JWB:EP:wc


APPROVED SEP 21, 1943
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/GWB Chairman